# UNITED STATES DISTRICT COURT
### FOR THE EASTERN EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TONYA BREWER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:15-cv-00004 |
| HALSTED FINANCIAL SERVICES, LLC; SYED ALI; PRAN NAVANANDAN; and DOE 1-5, | ) |
| Defendants. | ) |

### NOTICE OF DISMISSAL

   NOTICE IS HEREBY GIVEN that plaintiff Tonya Brewer voluntarily dismisses the entire action with prejudice.

Date:  April 15, 2015

                                        s/Robert Amador
                                        _____
                                        ROBERT AMADOR, ESQ.
                                        Attorney for Plaintiff Tonya Brewer
                                        Centennial Law Offices
                                        9452 Telephone Rd. 156
                                        Ventura, CA. 93004
                                        (888)308-1119 ext. 11
                                        R.Amador@centenniallawoffices.com